# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **CROSSFIT, INC.,** *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 18-2296 (RCL) |
| **DEPARTMENT OF HEALTH AND HUMAN SERVICES**, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## STATUS REPORT

Before the Court is a Complaint filed by Plaintiffs Crossfit, Inc., U.S. Right to Know, and Andrea Maria Cecil against Defendant U.S. Department of Health and Human Services ("HHS"). Plaintiffs submitted Freedom of Information Act ("FOIA") requests to two subcomponents of HHS, the National Institute of Health ("NIH") and the Centers for Disease Control and Prevention ("CDC"), by letter dated July 2, 2018. Complaint, ECF No. 1, at ¶¶ 19, 24. Those FOIA requests sought three categories of records relating to the annual reports of the NIH Foundation and the CDC Foundation, respectively, including

    A.    Any documents -- including verbal communications memorialized in writing -- reflecting discussions between the NIH and the NIH Foundation [or the CDC and the CDC Foundation] regarding the compilation of relevant information for publication in the PHSA [Public Health Service Act]-required annual reports, including identification of information that is statutorily-required to be included in the annual reports;

    B.    All records memorializing the transmission of information from the NIH to the NIH Foundation for use in the publication of the PHSA-required annual reports; and

    C.    All records memorializing legal and policy determinations by the NIH [or CDC] that the information provided to the NIH Foundation [or the CDC Foundation] is sufficient as a matter of law with respect to the statutory requirements set forth in the PHSA for the purpose of publishing the annual report.

*Id.* at ¶¶ 20, 25.

On February 15, 2019, NIH responded to the FOIA request by releasing 323 pages of responsive documents in their entirety. CDC also responded by releasing 318 pages of responsive documents on August 20, 2018. While the overwhelming majority of those pages were unredacted, CDC invoked FOIA exemptions 5 and 6 to withhold a limited amount of information.

As reported in the March 20, 2019, status report, Defendant provided Plaintiff with a *Vaughn* index and six affidavits explaining the steps taken in conducting its searches. All but one of the affidavits included the specific search terms used. Subsequently, Defendant revised the sole affidavit without search terms and provided Plaintiff with a version in which those terms were set forth.

As reported in the April 24, 2019, status report, Defendant also completed searches for two other NIH custodians. On May 7, 2019, Defendant provided Plaintiff with an affidavit describing those searches. Thereafter, Plaintiff asked Defendant to conduct additional searches for those custodians using the term "annual report." Although Defendant believes that the term is overly broad and will result in a large number of documents, most if not all of which are likely

to be non-responsive to the request, Defendant has initiated these searches. As Defendant explained to Plaintiff, it will take some time to obtain and process the search results given the breadth of the search term.

In light of the posture of the case, Defendant proposes filing a report in approximately two months on August 2, 2019, to apprise the Court of the status of those searches and this case.

Dated: May 22, 2019                     Respectfully submitted,


                                        JESSIE K. LIU
                                        D.C. Bar No. 472845
                                        United States Attorney


                                        DANIEL F. VAN HORN
                                        D.C. Bar No. 924092
                                        Civil Division Chief


                                By:     /s/ *Denise M. Clark*
                                        DENISE M. CLARK
                                        D.C. Bar No. 479149
                                        Assistant U.S. Attorney
                                        555 Fourth Street, N.W.
                                        Washington, D.C. 20530
                                        (202) 252-6605
                                        Denise.Clark@usdoj.gov

                                        *Counsel for Defendant*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CROSSFIT, INC.,** *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 18-2296 (RCL) ) |
| **DEPARTMENT OF HEALTH AND HUMAN SERVICES**, | ) ) ) |
| Defendant. | ) ) |

### [PROPOSED] ORDER

Upon consideration of Defendant's Status Report, and the entire record herein, it is hereby

**ORDERED** that Defendant's status report is due on August 2, 2019.

It is **SO ORDERED** this _____ day of _____, 2019.

ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT JUDGE